**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

FLORA LAMBERT                                                                    PLAINTIFF

v.                                              3:25-cv-00196-DPM-JJV

FRANK BISIGNANO,
Commissioner,
Social Security Administration,                                        DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

## INSTRUCTIONS

This recommended disposition has been submitted to United States District Judge D. P. Marshall Jr. The parties may file specific objections to these findings and recommendations and must provide the factual or legal basis for each objection. The objections must be filed with the Clerk no later than fourteen (14) days from the date of the findings and recommendations. A copy must be served on the opposing party. The district judge, even in the absence of objections, may reject these proposed findings and recommendations in whole or in part.

## RECOMMENDED DISPOSITION

Before the Court is the Commissioner's Motion to Dismiss for Lack of Jurisdiction. (Doc. No. 8.) The Commissioner says – and Plaintiff does not dispute - that Ms. Lambert filed the instant cause of action while her claim for disability is still pending before the Social Security Administration. (Docs. No. 8-10.) The Commissioner says, "Because Plaintiff has not exhausted her administrative remedies—which are still in process—there is no "final decision" under the Act. Absent a final agency decision, this Court has no jurisdiction over Plaintiff's Complaint. 42 U.S.C. § 405(g)." (Doc. No. 8-1 at 4.) Without objection, the Motion should be granted.

But Plaintiff requests that the Court administratively close her case with leave to reopen

upon issuance of a final decision.  (Doc. No. 9.)  The Commissioner responds that the appropriate action is to dismiss the case, saying, "Here, the Court need not retain jurisdiction because Plaintiff will have the ability to file a new complaint once she has exhausted her administrative remedies and has a final agency decision. See 42 U.S.C. § 405(g); 20 C.F.R. § 404.900. In that scenario, the new complaint would concern a new decision and a new, updated administrative record."  (Doc. No. 10 at 2.)  I find the Commissioner's position to be persuasive.  Accordingly, I recommend this matter be dismissed without prejudice.

IT IS, THEREFORE, RECOMMENDED that this case be dismissed without prejudice.

DATED this 12th day of May 2026.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

2