IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FLORA LAMBERT                                                          PLAINTIFF

v.                                      No. 3:25-cv-196-DPM

SOCIAL SECURITY ADMINISTRATION,                      DEFENDANT
Commissioner

## ORDER

Unopposed recommendation, *Doc. 11*, adopted. Fed. R. Civ. P. 72(b)(1983 addition to advisory committee notes). The Court sees no error of law. *Boettcher v. Astrue*, 652 F.3d 860, 863 (8th Cir. 2011). Lambert's complaint will therefore be dismissed without prejudice for lack of jurisdiction.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 June 2026