# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

FLORA LAMBERT                                                    PLAINTIFF

v.                              No. 3:25-cv-196-DPM

SOCIAL SECURITY ADMINISTRATION,                    DEFENDANT
Commissioner

## JUDGMENT

Lambert's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 June 2026